```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GEORGIA M. GAINES,                                                :
                                                                  :
                        Plaintiff,                                :
                                                                  :           23-cv-6179 (LJL)
        -v-                                                       :
                                                                  :           ORDER
JUAN P. DE LOS SANTOS and UNITED NATURAL                          :
FOODS INC.,                                                       :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2024

LEWIS J. LIMAN, United States District Judge:

      As stated at the June 7, 2024 teleconference, the deadline for fact discovery is hereby extended to August 16, 2024. The deadline for expert discovery is extended to October 4, 2024. Any motion for summary judgment must be filed by October 11, 2024. All other dates in the case management plan and scheduling order, Dkt. No. 11, remain in effect.

      SO ORDERED.


Dated: June 7, 2024  
      New York, New York

                                       LEWIS J. LIMAN  
                                      United States District Judge