UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

GEORGIA M. GAINES,                  :

                        :

           Plaintiff,        :

                        :

      -v-                :

                        :

JUAN P. DE LOS SANTOS and UNITED NATURAL  :
FOODS INC.,                 :

                        :

          Defendants.     :

                        :

------------------------------------------------------------------------X

23-cv-6179 (LJL)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/19/2024

LEWIS J. LIMAN, United States District Judge:

     The post-discovery status conference previously scheduled for July 26, 2024 at 3:00 P.M. is hereby rescheduled to August 22, 2024 at 12:00 P.M.  The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time.

     SO ORDERED.

Dated: July 19, 2024
      New York, New York              _____
                                 LEWIS J. LIMAN
                           United States District Judge