```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
GEORGIA M. GAINES                                                  :
                                                                   :
                           Plaintiff,                              :
                                                                   :            23-cv-6179 (LJL)
            -v-                                                    :
                                                                   :               ORDER
JUAN P. DE LOS SANTOS and UNITED NATURAL                           :
FOODS INC.,                                                        :
                                                                   :
                           Defendants.                             :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2024

LEWIS J. LIMAN, United States District Judge:

On August 22, 2024, counsel for both parties appeared at a telephonic status conference. At that conference, the Court set the following schedule for further proceedings in this action:

(1) The authorization requested by Defendants regarding Plaintiff's second employer will be provided to Defendants by August 30, 2024.

(2) All responses to requests for production of documents are due by September 9, 2024. This includes responses to Plaintiff's requests for logs and incident reports as well as responses to any other outstanding document requests by either party.

(3) The deadline for fact discovery is extended to October 4, 2024 for the limited purposes of an independent medical examination and any requests that reasonably come out of said examination, deposition of one outstanding witness by Plaintiff and any requests that reasonably come out of that deposition, and exchange of documents with respect to document requests already served. Regarding the outstanding witness, described as a passenger at the time of the accident, Plaintiff shall have authority to serve an interrogatory or limited document request addressed solely to this witness's

last known address and employer. No further extensions of fact discovery shall be granted.

(4) Expert discovery shall be completed by November 15, 2024.

(5) Motions for summary judgment shall be submitted by November 22, 2024. Extension of this deadline may be sought by letter motion upon a showing of good cause.

(6) The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by January 24, 2025.

(7) Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by January 31, 2025.

(8) A final pre-trial conference is scheduled for February 6, 2025 at 2:00 pm and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

(9) The jury trial will begin on February 10, 2025 at 9:30 am and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

SO ORDERED.

Dated: August 22, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge