```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
GEORGIA M. GAINES,                                             :
                                                               :
                          Plaintiff,                           :
                                                               :
        -v-                                                    :
                                                               :
JUAN P DE LOS SANTOS, UNITED NATURAL                           :
FOODS INC.,                                                    :
                                                               :
                          Defendants.                          :
                                                               X
---------------------------------------------------------------
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __11/19/24__

23-cv-6179 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On December 16, 2024, Defendants filed a motion to compel Hudson Regional Hospital (the "Hospital") to produce the MRI films for Plaintiff Georgia M. Gaines. Dkt. No. 34. Plaintiff does not object to the motion. Dkt. No. 35.

Defendants have served two subpoenas on the Hospital seeking Plaintiff's entire medical record, the first of which had a return date of August 16, 2024. Dkt. Nos. 34-1, 34-2. Defendants have engaged in numerous discussions specifically seeking to secure films of MRIs of Plaintiff's cervical spine, thoracic spine, right finger, and left shoulder, which were performed at Hudson Regional Hospital. Dkt. No. 34. The Hospital has only produced the MRI films for the right finger. *Id.* Compliance with a subpoena is not optional, and a person who "fails without adequate excuse" to obey a subpoena may be held in contempt of court. Fed. R. Civ. P. 45(g).

Therefore, Hudson Regional Hospital is hereby ORDERED to produce Plaintiff's MRI films, and any other records responsive to Defendants' subpoenas, by January 6, 2025.

The deadline to complete expert discovery is extended to February 7, 2025. The Court

will set new dates for summary judgment motions, pretrial motions, and trial at a conference on January 10, 2025, at 10:00 a.m.  The parties shall call the Court's conference line at 646-453-4442 and enter the Conference ID 358639322 (followed by # key).

    SO ORDERED.

Dated: December 19, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge