```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
GEORGIA M. GAINES,  :
 :
                          Plaintiff,  :
 :      23-cv-6179 (LJL)
      -v-  :
 :      ORDER
JUAN P. DE LOS SANTOS AND UNITED NATURAL  :
FOODS INC.,  :
 :
                        Defendants.  :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court held a conference on January 10, 2025, to discuss the schedule for proceedings prior to the trial of this action.

    At the conference, the Court set the following schedule:

(1) Any summary judgment motions shall be filed by February 14, 2025. Opposition papers shall be due by February 8, 2025, and replies by March 7, 2025.

(2) The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by March 24, 2025.

(3) Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by March 31, 2025.

(4) A final pre-trial conference is scheduled for April 4 at 11:00 a.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

(5) The jury trial will begin on April 21, 2025, at 9:30 a.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007-1312, Courtroom 15C.

SO ORDERED.

Dated: January 10, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge